IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| FUTURE BEEF OPERATIONS, L.L.C., ) | CHAPTER 7 |
| Tax Id. No. 23-2994765 ) | CASE NO. 02-12569 EEB |
| ) | |
| Debtor. ) | |
| ) | |

**ORDER DISALLOWING CLAIM NUMBER 244 FILED BY PRICEWATERHOUSECOOPERS LLP**

THIS MATTER comes before the Court upon Trustee's Objection to Claim Number 244 Filed by PricewaterhouseCoopers LLP filed by Jeffrey L. Hill, Chapter 7 Trustee. The Court has examined the Objection and hereby:

ORDERS that the Objection is GRANTED.

IT IS FURTHER ORDERED that Claim Number 244 in the amount of $232,419.50 filed by PricewaterhouseCoopers LLP is hereby DISALLOWED in its entirety.

Dated: March 6, 2008 .

BY THE COURT:

_____
The Honorable Elizabeth E. Brown
United States Bankruptcy Court Judge